
RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/12/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IVRAY STEVENS | CIVIL ACTION 09-1594 |
| VERSUS | JUDGE HAIK |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the absence of objections, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision be **REVERSED** and the petitioner awarded benefits.

**THUS DONE** and **SIGNED** on this 12th day of May, 2011.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA